UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLEAR FINANCE TECHNOLOGY CORPORATION,

                Plaintiff,

-against-

I&L DISTRIBUTING INC.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  12/14/2022

1:22-cv-550 (MKV)

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the parties shall appear on January 9, 2022 at 11:30 a.m. for a hearing on Plaintiff's motion for a default judgment. The hearing will be held in Courtroom 18C of 500 Pearl Street, New York, New York.

    IT IS FURTHER ORDERED that by December 28, 2022, Plaintiff shall: (1) serve on Defendant both a copy of this Order and Plaintiff's motion for a default judgment and all supporting papers; and (2) file proof of such service on ECF.

    IT IS FURTHER ORDERED that any opposition to, or submission in further support of, the motion for a default judgment shall be filed by January 3, 2023.

**SO ORDERED.**

**Date: December 14, 2022**
**New York, NY**

                              */s/ Mary Kay Vyskocil*
                              **MARY KAY VYSKOCIL**
                              **United States District Judge**