UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Case No. 22-cv-00550

CLEAR FINANCE TECHNOLOGY
CORPORATION,

    Petitioner,

vs

I & L DISTRIBUTING INC.,

    Respondent.
_____/

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/2022

### MOTION FOR LEAVE TO APPEAR VIA TELEPHONE OR VIA ZOOM AT THE UPCOMING HEARING ON PETITIONER'S MOTION FOR DEFAULT JUDGMENT

    Petitioner Clear Finance Technology Corporation, by and through undersigned counsel, hereby moves this Court for an Order permitting undersigned counsel to appear via telephone or via zoom at the upcoming hearing on Petitioner's Motion for Default Judgment set for January 9, 2023, and in support thereof states as follows:

    1.    On December 14, 2022, this Court entered its Scheduling Order (ECF No. 16) scheduling a hearing for January 9, 2023 at 11:30am in Courtroom 18C of 500 Pearl Street, New York, New York for a hearing on Petitioner's Motion for Default Judgment.

    2.    In anticipation of the upcoming hearing, undersigned counsel, Benjamin H. Brodsky, Esq., requests to appear telephonically or via zoom for the hearing.

    3.    Petitioner's counsel, Benjamin H. Brodsky, Esq., lives and practices in Miami-Dade County, Florida.  To preserve client resources, Petitioner's counsel respectfully requests leave to appear telephonically or via zoom.



4.  Additionally, Mr. Brodsky is scheduled to appear for a calendar call at 9:30 a.m. on January 9, 2023 in a local case for which Mr. Brodsky is lead counsel. (*See* Order Resetting Trial Dated November 10, 2022, Case No. 2018-039362-CA-01, Miami-Dade County, Florida, attached hereto as Exhibit A.)  Notwithstanding this calendar call, Petitioner's counsel will be available and will appear for the 11:30 a.m. hearing in this matter, but respectfully submits that this further militates in favor of allowing him to appear telephonically or via Zoom.

WHEREFORE, Petitioner's counsel, Benjamin H. Brodsky, respectfully requests that the Court enter an Order granting the Motion for Leave to Appear Via Telephone or Via Zoom for the upcoming hearing on Petitioner's Motion for Default Judgment, and for any other relief this Court deems just and proper.

Respectfully submitted,

By: /s/ *Benjamin Brodsky*
Benjamin H Brodsky, Esq.
Florida Bar No. 73748
BRODSKY FOTIU-WOJTOWICZ, PLLC
*Counsel for Petitioner*
200 SE 1 Street, Suite 400
Miami, Florida 33131
Tel:  305-503-5054
Fax:  786-749-7644
bbrodsky@bfwlegal.com
docketing@bfwlegal.com

BFW
BRODSKY FOTIU-WOJTOWICZ

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on December 19, 2022, on all counsel or parties of record.

/s/ *Benjamin H. Brodsky*
Benjamin H. Brodsky, Esq.

---

The request of Plaintiff's counsel to appear remotely at the default judgment hearing is GRANTED. Plaintiff's counsel may appear via telephone by dialing 888-278-0296 and entering Access Code 5195844. Plaintiff's counsel must serve this order on Defendant and file proof of such service by December 28, 2022.

Date: Dec. 22, 2022
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

BFW
BRODSKY FOTIU-WOJTOWICZ