## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
CLEAR FINANCE TECHNOLOGY CORPORATION,

                      Petitioner,                       22 **CIVIL** 0550 (MKV)

    -against-                                         **<u>JUDGMENT</u>**

I&L DISTRIBUTING INC.,

                      Respondent.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 3, 2025, Judgment is entered in favor of Petitioner in the amount of $914,339.38, plus interest at the Delaware state statutory rate of "5% over the Federal Reserve discount rate including any surcharge as of the time from which interest is due," Del. C. §2301(a), accruing from the date of the breach, March 4, 2021, to the date of this judgment. accordingly, the case is closed.

**Dated**: New York, New York

      March 5, 2025

                                                          **TAMMI M. HELLWIG**
                                                          **Clerk of Court**

                             **BY:**

                                                            **Deputy Clerk**